■ In the Matter of WILLIE R. FELTON, for Reinstatement to the Practice of Law. [743 NYS2d 340] —Order entered dismissing application for reinstatement. Memorandum: Petitioner raises no facts in support of the application that have not previously been considered by this Court on petitioner's prior applications for reinstatement and reconsideration. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Gorski and Lawton, JJ.

■ In the Matter of ROY C. HOPKINS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [742 NYS2d 181] —Order of suspension entered. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Gorski and Lawton, JJ. (Filed Apr. 18, 2002.)

■ In the Matter of D. MICHAEL MURRAY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [742 NYS2d 181] —Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Gorski and Lawton, JJ. (Filed Apr. 18, 2002.)

■ In the Matter of RONALD W. PLEWNIAK, for Reinstatement to the Practice of Law. [742 NYS2d 181] —Order entered denying application for reinstatement. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW CHICCINO, Appellant. [745 NYS2d 730] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38). (Appeal from judgment of Ontario County Court, Harvey, J.— Robbery, 1st Degree.) Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.